UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Frank Perez,

        Plaintiff(s),

v.                                  CIVIL ACTION NO. 1:15cv10085 - RGS

Atlantic Recovery Solutions, LLC, et al.,

        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled.

It is hereby ordered that this action be dismissed without costs and without prejudice to

the right of any party, upon good cause shown, to restore this action to the docket within

60 days if settlement is not consummated.

SO ORDERED.

                               RICHARD G. STEARNS
                               UNITED STATES DISTRICT JUDGE

               BY:

                               /s/ *Terri Seelye*

Dated: March 17, 2015                   Deputy Clerk